JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZKEY INVESTMENTS, LLC, | ) | CV No. 16-00782-RSWL-KS |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| FACEBOOK, INC., | ) | |
| Defendant. | ) | |

**WHEREAS**, on December 1, 2016, the Court granted Defendant Facebook, Inc.'s ("Defendant") Motion for Summary Judgment [53] in its entirety.

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Judgment be entered in favor of Defendant and against Plaintiff Zkey Investments, LLC ("Plaintiff"). This action is hereby dismissed in its entirety; and Defendant shall recover its costs in this action.

**IT IS SO ORDERED.**

DATED: December 2, 2016    s/ RONALD S.W. LEW
                           **HONORABLE RONALD S.W. LEW**
                           Senior U.S. District Judge

1